# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

———————————————

ANTHONY R. MEDINA,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2024-2699

———————————————

April 24, 2026

Appeal from the Circuit Court for Manatee County; Frederick P. Mercurio, Judge.

Blair Allen, Public Defender, and Kimberly Nolen Hopkins, Assistant Public Defender, Bartow, for Appellant.

James Uthmeier, Attorney General, Tallahassee, for Appellee.


PER CURIAM.

Affirmed.

LUCAS, C.J., and VILLANTI and SMITH, JJ., Concur.

———————————————

Opinion subject to revision prior to official publication.